# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

TRAVIS DUNCAN

Case Number: 2:99-CR-67-FtM-29DNF

USM Number: 33156-018

Martin DerOvanesian, FPD
1514 Broadway
Fort Myers, FL. 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) One, Two, Three, Four & Five of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition | March 26, 2008 |
| Two | Positive urinalysis for cocaine in violation of Condition Seven of the Standard Conditions of Supervision | March 28, 2008 |
| Three | Positive urinalysis for cocaine in violation of Condition Seven of the Standard Conditions | March 31, 2008 |
| Four | Failure to follow the instructions of the probation officer in a violation of Condition Three of the Standard Conditions of Supervision | May 9, 2008 |
| Five | Failure to reside in a Residential Re-entry Center in violation of the Special Condition | August 1, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:   9/12/2008

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

September ___, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Seven (7) Months**.

The Court recommends to the Bureau of Prisons:

**Incarceration in a facility close to home (Fort Myers, FL.).**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## SUPERVISED RELEASE REVOKED AND NOT REIMPOSED